IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02305-MSK-MJW

FORBA HOLDINGS, LLC,

Plaintiff,

v.

LICSAC, LLC, et al,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff Forba Holdings, LLC's Conditional Motion for Leave to Amend Complaint (docket no. 14) is DENIED WITHOUT PREJUDICE for failure to attach an Amended Complaint. *See* Glens Falls Ins. Co. v. Newton Lumber & Mfg. Co., 388 F.2d 66, 7071 (10th Cir. 1967) and Betts V. Karrigan, Civ. Act. No. 09-cv-01705, 2009 U.S. Dist. LEXIS 94937, *101 (D. Colo. Sept. 29, 2009).

Date:  December 10, 2009