IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02305-MSK-MJW

FORBA HOLDINGS, LLC, a Delaware limited liability company,

        Plaintiff,

v.

LICSAC, LLC, a Colorado limited liability company;
DD MARKETING, INC., a Colorado corporation;
DEROSE MANAGEMENT, LLC, a Colorado limited liability company;
LICSAC NY, LLC, a New York limited liability company,

        Defendants.

---

### ORDER OF RECUSAL

---

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter due to a social relationship with a party to this action. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 28th day of December, 2009.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge