**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02305-CMA-MJW

FORBA HOLDINGS, LLD, a Delaware limited liability company,

    Plaintiff,

v.

LICSAC, LLC, a Colorado limited liability company,
DD MARKETING, INC., a Colorado corporation,
DEROSE MANAGEMENT, LLC, a Colorado limited liability company, and
LICSAC NY, LLC, a New York limited liability company,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Stipulation for Dismissal of Action With Prejudice (Doc. # 44). The Court having considered the Stipulation for Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

DATED: February __26__, 2010

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge